# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00265-GMN-CWH |
| Plaintiff, | **ORDER** |
| v. | |
| ALBERT LOPEZ, et al., | |
| Defendants. | |

Presently before the Court is Defendant Albert Lopez's motion to compel (ECF No. 527), filed on February 26, 2018. The government filed a response (ECF No. 552) on March 12, 2018, and Defendant filed a reply (ECF No. 559) on March 19, 2018.

The Court has reviewed the parties' briefing on this motion. The government argues that the grand jury testimony in this case should not be provided to Defendants at this time. However, this material may be relevant to the instant motion. The Court will therefore order that the government submit the grand jury testimony for *in camera* inspection.

IT IS THEREFORE ORDERED that the government shall submit the grand jury testimony for *in camera* inspection.

DATED: March 26, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE