MARK F. FLEMING
LAW OFFICES OF MARK F. FLEMING
California Bar #165770
1470 Encinitas Blvd., #133
Encinitas, California 92024
(619) 300-6202
mark@markfleminglaw.com

Attorney for Mr. Albert Lopez

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:16-cr-265-GMN-CWH |
| ) | |
| Plaintiff, ) | |
| ) | Stipulated motion to continue the |
| v. ) | deadline for filing Mr. Lopez's reply |
| ) | motions to October 15, 2018. |
| ALBERT LOPEZ (2), ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

MOTION

In this Court's July 24, 2018 order setting dates for pre-trial motions, the

deadline for the government's response motions was September 17. ECF 689. The

government requested an additional ten days to file its response motions. Mr.

Lopez did not object. The government's unopposed motion was granted and the

deadline for replies was reset to October 11.

Mr. Lopez respectfully requests an additional four days to file his replies.

Undersigned counsel is diligently working on the replies, but is in need of several

1

more days to finish due to the number and complexity of the pending motions.  The government stipulates to this request.  The additional time will not affect the scheduled trial date of January 28, 2019.

Dated:        October 9, 2018                    Respectfully submitted,


                                                 */s/ Mark Fleming*
                                                 MARK FLEMING
                                                 Attorneys for Albert Lopez



                                                 Stipulated to by:

Dated:        October 9, 2018                    */s/ Daniel Schiess*
                                                 */s/ Christopher Burton*
                                                 /s/ *David N. Karpel* __
                                                 Assistant United States Attorneys

**<u>ORDER</u>**

IT IS HEREBY ORDERED that the deadline for Mr. Albert Lopez to file his replies to the government's pre-trial response motions is extended from October 11, 2018 to October 15, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:    October 17, 2018

Certificate of Service

Undersigned counsel certifies that the foregoing document has been served upon all parties via electronic filing.

Dated:  October 9, 2018

*/s/  Mark F. Fleming*
Mark F. Fleming
Law Offices of Mark F. Fleming
Attorney for Albert Lopez
1470 Encinitas Blvd., #133
(619) 300-6202
mark@markfleminglaw.com